# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  DARREN L WILSON | ) | Case No. 25 B 17310 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: DONALD R CASSLING |

### NOTICE OF MOTION & CERTIFICATE OF SERVICE

DARREN L WILSON  
6201 W WABANSIA #1  
CHICAGO, IL  60639

CUTLER & ASSOC  
via Clerk's ECF noticing procedures

PLEASE TAKE  NOTICE that on **December 04, 2025** at  **9:30 am.**, I will appear before the Honorable Judge DONALD R CASSLING or any judge sitting in the judge's place, **either** in Courtroom 619, 219 S. Dearborn Street, Chicago, IL 60604, Everett McKinley Dirksen United States Courthouse, **or** electronically as described below, and present the motion of trustee to object to discharge, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com.  Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 414 7941 and the passcode is 619. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I, Emily Baez a non-attorney, declare under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown by U.S. mail or by the methods indicated on November 19, 2025.

Thomas H. Hooper  
Chapter 13 Trustee  
55 E. Monroe St., Suite 3850  
Chicago, IL 60603  
(312) 294-5900

/s/ Emily Baez

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  DARREN L WILSON | ) | Case No. 25 B 17310 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: DONALD R CASSLING |

## MOTION TO OBJECT TO DISCHARGE

Now comes Thomas H. Hooper, Trustee, and requests that the Court enter and Order denying the debtors' discharge pursuant to 11 U.S.C. § 1328 (f) and Rule 4004, and in support thereof respectfully states the following:

1. Debtor(s) filed the above captioned case on November 08, 2025.

2. Debtor(s) filed a previous Chapter 7 case, # 22-00077 filed on Jan 05, 2022, discharge having been issued on Mar 26, 2024.

3. Pursuant to 11 U.S.C. § 1328 (f), the court shall not grant a discharge of all debts provided for in the plan or disallowed under section 502, if the debtor received a discharge-

   (1) in a case filed under chapter 7, 11, or 12 of this title during the 4-year period preceding the date of the order for relief under this chapter, or

   (2) in a case filed under chapter 13 of this title during the 2-year period preceding the date of such order.

WHEREFORE Trustee prays, that the Court enter an Order denying the debtors' discharge and for any and all other relief this Court deems just and proper.

/s/ Thomas H. Hooper
Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900